IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-00471-ZLW-MJW

EDWARD D. COFFEY a/k/a ERNEST M. SCHMIDT,

        Applicant,

v.

WARDEN REED/C.S.P.,
PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF
COLORADO,

        Respondents.

_____

ORDER
_____

        The matter before the Court is Respondents' Objection To Recommendation For

Dismissal Of United States Magistrate Judge.  Because Magistrate Judge Watanabe

recommended dismissal of Petitioner's Application For A Writ Of Habeas Corpus on the

merits, the Court need not address Respondents' statute of limitations argument.

Accordingly, it is

ORDERED that Respondents' Objection To Recommendation For Dismissal Of

United States Magistrate Judge is overruled.

DATED at Denver, Colorado, this  13  day of July, 2005.

BY THE COURT:


S/ Zita L. Weinshienk

_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court